STATE OF NEW JERSEY v. KEVIN GRAY.

July 6, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. THEODORE H. HAYES.

July 6, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. KEITH BROWN.

July 6, 1983.

Petition for certification denied.

NICKOLAS W. GARDNER v. FAMCO MACHINE COMPANY.

July 6, 1983.

Petition for certification denied.